# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0550

VERSUS

BEAUX CORMIER

**JULY 31, 2024**

---

In Re:   Beaux Cormier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 825,444.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**STAY DENIED. WRIT DENIED.**

**EW**
**HG**

**Miller, J.** concurs.   I agree that the evidence establishing that one of the alleged victims in the homicide prosecution was also the complaining witness in a pending rape case is relevant to establish motive.   Additionally, evidence of relator's subsequent acquittal lessens the likelihood of unfair prejudice and is also admissible.   However, the court appears to have ruled that the alleged victim could testify about what happened to her in an apparent reference to the rape allegations.   If so, I believe the alleged victim's testimony regarding the details of the prior allegation does not establish motive, runs afoul of La. Code Evid. art. 404(B), and should be restricted to the limited purpose for which it is offered.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT